IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAR WASH (PALOS) LLC – DBA THE CAR SPA AT PARK HILLS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) State Court Case No. 2019 L 2162 ) |
| ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF REMOVAL**

TO: THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Now Comes Allied Property & Casualty Insurance Company ("Allied Property"), by and through its attorneys, and respectfully submits this Notice of Removal of the above-captioned cause from the Circuit Court of Cook County, State of Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. § 1332 and § 1441, and state as follows:

1. This action is being removed to federal court based upon the following jurisdictional base: diversity of citizenship under 28 U.S.C. § 1332.

2. On February 27, 2019, Car Wash (Palos) LLC d/b/a The Car Spa at Park Hills ("Plaintiff") filed in the Circuit Court of Cook County, State of Illinois, the above-captioned civil action, case no. 2019 L 2162, in the records and files of that Court.

3. The United States District Court for the Northern District of Illinois, Eastern Division, has original jurisdiction over this matter pursuant 28 U.S.C. § 1332 and is one that may be removed by Allied Property pursuant to 28 U.S.C. § 1441(a).

4. This Court has subject matter jurisdiction over this matter because this is an action between citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5. Car Wash (Palos) LLC d/b/a The Car Spa at Park Hills is a limited liability company incorporated in the State of Delaware and has its principal place of business in the State of Illinois. Plaintiff's sole member and manager is Mr. Symeon D. Stavrakas. Mr. Stavrakas is a natural person domiciled in the State of Illinois. Plaintiff is a citizen of the State of Illinois.

6. Allied Property & Casualty Insurance Company is a corporation incorporated in the State of Iowa and has its principal place of business in the State of Iowa. Defendant is a citizen of the State of Iowa.

7. Plaintiff seeks damages against Allied Property in excess of $75,000.

8. This action is therefore one of which the United States District Court for the Northern District of Illinois, Eastern Division, has diversity of citizenship jurisdiction under 28 U.S.C. § 1332 and § 1441(a) and this action may be removed by this Court by petitioner pursuant to 28 U.S.C. § 1441(a).

9. This petition is being filed pursuant to 28 U.S.C. § 1446 within thirty (30) days of service of the initial pleading upon Allied Property in which a removable claim is asserted, and is removable in that the time for filing this petition under 28 U.S.C. § 1446 has not expired. Allied Property was served with the original complaint on March 8, 2019.

10. Therefore, Allied Property & Casualty Insurance Company files this Notice of Removal of this action from the Circuit Court of Cook County, State of Illinois, in which it is now pending, to the United States District Court for the Northern District of Illinois, Eastern

Division.  There are attached to this notice and incorporated by reference, true and correct copies of all process, pleadings, and orders, if any, served upon defendants in this action.

    Respectfully Submitted,


    Attorneys for Allied Property & Casualty Insurance Company


By:    /s/ Edric S. Bautista

John J. Piegore (Bar No. 312879)
Edric S. Bautista (Bar No. 6285719)
Sanchez Daniels & Hoffman LLP
333 W. Wacker Drive, Ste. 500
Chicago, Illinois 60606
T (312) 641-1555
F (312) 641-3004
jpiegore@sanchezdh.com
ebautista@sanchezdh.com