HVA-076162

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CAR WASH (PALOS) LLC - DBA THE CAR SPA AT PARK HILLS, | ) ) ) | |
| Plaintiff, | ) | Case no.  1: 19 -cv- 02147 |
| | ) | |
| vs. | ) | |
| | ) | |
| ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

NOW COMES the plaintiff, Car Wash (Palos) LLC – DBA The Car Spa at Palos Hills ("Car Wash") and the defendant Allied Property & Casualty Insurance Company ("Allied") by their respective attorneys, and submit this Joint Status Report to inform the Court of the following:

1.      On June 24, 2020 the parties, through their respective counsel, negotiated a settlement of all claims and causes of action alleged in the subject suit.

2.      Counsel are now engaged in the process of preparing closing documents to memorialize the settlement and anticipate 30 days to complete that task.

3.      There is pending before the court at this time the fully briefed motion of the defendant Allied for summary judgment, and the motion of the plaintiff to allow oral argument on the motion.

4.      The parties respectfully suggest that this Court hold these matters in abeyance pending what the parties expect to be their next submission of a joint stipulation to dismiss, upon execution of final settlement documents.

5.      The parties wish to thank this court for your attention to this matter.

1

6.      Contact information for counsel is shown below.


        Respectfully submitted,

/s/ *John J. Piegore*

John J. Piegore
Edric S. Bautista
**SANCHEZ DANIELS & HOFFMAN LLP**
Attorneys for Defendant, Allied Property & Casualty Insurance Company
333 West Wacker Drive, #500
Chicago, Illinois 60606
Cell (630) 408-6819
Office (312) 641-1555
jpiegore@sanchezdh.com
ebautista@sanchezdh.com


/s/ *Scott Green*

Scott Green
Law Offices of Scott Green
Attorney for the Plaintiff
421 West Oakdale Avenue #6
Chicago, IL 60657
Cell (443) 474-6187
Office (773) 270-4704
sgreen@sdglawoffices.com