**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CAR WASH (PALOS) LLC - DBA THE ) 
CAR SPA AT PARK HILLS, ) 
             ) 
             Plaintiff, )      Case no.  1: 19 -cv- 02147 
     vs. ) 
             ) 
ALLIED PROPERTY & CASUALTY ) 
INSURANCE COMPANY, ) 
             ) 
             Defendant. ) 

## STIPULATION TO DISMISS

NOW COME the Defendant, ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, by and through its attorneys, Sanchez Daniels & Hoffman LLP, and the Plaintiff, CAR WASH (PALOS) LLC – DBA THE CAR SPA AT PARK HILLS, by and through its attorneys, The Law Offices of Scott Green, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal with prejudice of all claims and causes of action against the defendant, each party to bear its own costs and attorney fees.


/s/     John J. Piegore                  /s/     Scott Green

John J. Piegore                             Scott Green 
SANCHEZ DANIELS & HOFFMAN LLP      The Law Offices of Scott Green 
Attorneys for Defendant                  Attorneys of Plaintiff 
333 West Wacker Drive                    421 West Oakdale Ave., #6 
Suite 500                                 Chicago, Illinois 60657 
Chicago, Illinois 60606                   (773) 270-4704 
(312) 641-1555                         sgreen@sdglawoffices.com 
jpiegore@sanchezdh.com