## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Car Wash (Palos) LLC

                    Plaintiff,

v.

                                                   Case No.:
                                                  1:19−cv−02147
                                                  Honorable Matthew
                                                  F. Kennelly

Allied Property & Casualty Insurance Company

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 3, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the parties' stipulation, plaintiff's claims against defendant are dismissed with prejudice and without costs. Any hearings before this Court are stricken. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.